# LANE POWELL PC

Matthew J. Macario
206-223-7744
macariom@lanepowell.com

January 26, 2005

*Law Offices*

Suite 4100
1420 Fifth Avenue
Seattle, WA
98101

(206) 223-7000

Facsimile:
(206) 223-7107

www.lanepowell.com

**VIA E-MAIL AND U.S. MAIL**

James B. King, Esq.
Keefe King & Bowman, PS
601 West Main, Suite 1102
Spokane, WA 99201-0625

**Re: Zlotnick v. Workland & Witherspoon, et al.**

Dear Jim:

Thank you for your recent notice of substitution of counsel. We look forward to working with you on this case. Enclosed please find the following:

1. Plaintiff's first discovery requests to Workland & Witherspoon
2. Plaintiff's first discovery requests to Gregory and Jane Doe Lipsker
3. Notice of 30(b)(6) Deposition and Exhibit "A" thereto

You will note that we have set the 30(b)(6) deposition for March 1, 2005, at 9:30 a.m., at your office. If this date, time, or location is inconvenient, please let us know and we will reschedule the deposition. Thank you for your anticipated cooperation.

Very truly yours,

LANE POWELL PC

Matthew J. Macario

MJM:mjm
Enclosures
cc (w/enc): Albert M. Zlotnick
James B. Stoetzer, Esq.

119488.0001/1169621.1

Anchorage, AK
Olympia, WA
Portland, OR
Seattle, WA
London, England

Dec of Macario Page 6
Exhibit A