1　James B. Stoetzer, WSBA No. 06298
　　Matthew J. Macario, WSBA No. 26522
2　LANE POWELL PC
　　1420 Fifth Avenue, Suite 4100
3　Seattle, Washington 98101
　　Telephone: (206) 223-7000
4　Facsimile: (206) 223-7107

HONORABLE EDWARD F. SHEA

5　Attorneys for Plaintiff

6

7

8
　　　　　　UNITED STATES DISTRICT COURT
9　　　　　EASTERN DISTRICT OF WASHINGTON
　　　　　　　　　　AT SPOKANE

10　ALBERT M. ZLOTNICK,　　　　　　　　）
　　　　　　　　　　　　　　　　　　　　　　　）
11　　　　　　　　　　　Plaintiff,　　　　）　　No. CV-04-140-EFS
　　　　　　　　　　　　　　　　　　　　　　　）
12　　　　v.　　　　　　　　　　　　　　　）　　PLAINTIFF'S FIRST
　　　　　　　　　　　　　　　　　　　　　　　）　　INTERROGATORIES AND
13　WORKLAND & WITHERSPOON,　　　　　）　　REQUESTS FOR PRODUCTION
　　PLLC, GREGORY LIPSKER and JANE　）　　OF DOCUMENTS TO
14　DOE LIPSKER, and the marital　　　　）　　DEFENDANT WORKLAND &
　　community comprised thereof,　　　　）　　WITHERSPOON, PLLC
15　　　　　　　　　　　　　　　　　　　　　　　）
　　　　　　　　　　　Defendants.　　　　）
16　_____）

17

18　　　　　Plaintiff Albert M. Zlotnick, by his attorneys, Lane Powell Spears Lubersky

19　LLP, pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, submit the

20　following Interrogatories to be responded to by defendant Workland & Witherspoon,

21　PLLC, under oath, and requests that defendant produce and allow Plaintiff's counsel

22　to inspect and photocopy the following described documents, within thirty (30) days

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO WORKLAND & WITHERSPOON, PLLC - 1
Case No. CV-04-140-EFS
8755.1

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

COPY

Dec of Macario Page 7
Exhibit A-1

after service hereof. All documents or other material to be produced shall be produced to Lane Powell PC, 1420 Fifth Avenue, Suite 4100, Seattle, Washington 98101, unless otherwise agreed upon by counsel.

## INSTRUCTIONS AND DEFINITIONS

A. Whenever in the discovery requests there is a request to identify a person, please identify such person by setting forth his or her name and age, present residence address and telephone number, business address and telephone number, job title and description of such person's relationship to the subject matter of this lawsuit.

B. Whenever the term "person" is used herein, it means any natural person, corporation, association, general or limited partnership, joint venture, trust or any other organization with a separate identity.

C. These discovery requests are continuing in nature. If any information addressed by the discovery requests is not learned until after the discovery requests are answered, or for any reason any answer later becomes incorrect, pursuant to F.R.C.P. Rule 26(e) and applicable case law, the party answering these discovery requests shall supplement or change the answers previously submitted.

D. With respect to all documents which are not produced to Plaintiff for any reason, please provide a "Privilege Log" which identifies the document by setting forth the date of the document, the nature of the document (i.e., memorandum, letter, etc.), the author of the document, the name and title of

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO WORKLAND & WITHERSPOON, PLLC - 2
Case No. CV-04-140-EFS

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

Dec of Macario Page 8     168755.1
Exhibit A-1

each person to whom the documents (or a copy thereof) was sent or shown, the general subject matter of the document and the specific basis relied upon for not producing the document (such as, by way of example only, "attorney-client" privilege).

E.  The terms "document," "documents," or "documentation," as used in these interrogatories and/or requests for production, have the same meaning here as in FRCP 34, and includes writings of any kind and character pertaining to the designated subject matter, including, without limitation, the original and copy, regardless of origin or location, of any book, pamphlet, periodical, letter, memorandum, diary, file, note, statement, bill, invoice, policy, telegram, correspondence, e-mail, summary, receipt, opinion, investigation statement or report, schedule, manual, financial statement, audit, tax return, draft, articles of incorporation, bylaws, stock book, minute book, agreement, contract, deed, security agreement, mortgage, deed of trust, title or other insurance policy, report, record, study, handwritten note, typewritten note, map, drawing, working paper, chart, paper, index, tape, microfilm, data sheet, data processing card, or any other written, typed, printed, photocopied, dittoed, mimeographed, multilithed, recorded, transcribed, punched, taped, filmed, photographic or graphic matters, however produced, to which you may have or have had access. If said document is no longer in your possession or subject to your control, state what disposition is made of the same and where it is presently located.include any written, graphic or printed matter and any matter recorded on any media

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO WORKLAND & WITHERSPOON, PLLC - 3
Case No. CV-04-140-EFS

Dec of Macario Page 9     168755.1
Exhibit A-1

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

1    permitting reproduction (specifically including all data, text and images
2    maintained in any electronic format). Where documents are maintained both
3    electronically and in hard copy format, both versions of the documents should
4    be produced in the format in which they are maintained.

5    F.    A request to produce documents is a request to produce all documents in the
6          possession, custody or control of the party to whom the request is directed and
7          that party's officers, employees and agents, including the party's past or present
8          counsel, consultants, and accountants.

9
10        These discovery requests are continuing and require supplemental answers upon
11   discovery of additional pertinent information. See FRCP 26(g).

12                              **INTERROGATORIES**

13   INTERROGATORY NO. 1: State your full name, date of birth and Social
14   Security number. In the case of a partnership, corporation, or similar business entity,
15   state the entity's legal name, names of all individual members, partners, and/or
16
17   shareholders, date of creation, and organizational nature and structure.

18   RESPONSE:

19

20

21

22

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO WORKLAND & WITHERSPOON, PLLC - 4
Case No. CV-04-140-EFS

168755.1

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

INTERROGATORY NO. 2: Identify each person whom you expect to call as an expert witness at trial, along with the expert's address and telephone number, the subject matter on which the expert is expected to testify, the substance of the facts and opinions to which the expert is expected to testify, a summary of the grounds for each opinion, state such other information about the expert as may be discoverable under the Federal Rules of Civil Procedure, and identify any documents provided to, generated by or reviewed by the above experts in relation to your consultation with them in this matter.

RESPONSE:

INTERROGATORY NO. 3: Identify all documents in your possession, custody or control relating in any way to plaintiff Albert Zlotnick.

RESPONSE:

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO WORKLAND & WITHERSPOON, PLLC - 5
Case No. CV-04-140-EFS      68755.1

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

Dec of Macario Page 11
Exhibit A-1

**INTERROGATORY NO. 4**: Identify all legal services, and all other services of any kind, on any matter, that you have provided to plaintiff Albert Zlotnick, or any agent, employee, or affiliated company of Mr. Zlotnick.

**RESPONSE**:

**INTERROGATORY NO. 5**: Identify all legal services, and all other services of any kind, on any matter, that you have provided to Charles Band, iSurrender.com, Inc., Cimarron-Grandview, Inc., Full Moon Universe, Inc., Full Moon Universe, Inc., a Washington Corporation, or any agent, employee, or affiliated company of any of the individuals or entities named in this interrogatory.

**RESPONSE**:

**INTERROGATORY NO. 6**: Identify and describe in detail the procedures, if any, that you had in place from January 1, 1999 through December 31, 2001 regarding all of the following:

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO WORKLAND & WITHERSPOON, PLLC - 6
Case No. CV-04-140-EFS
168755.1

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

1   (a)     Identifying and disclosing actual or potential conflicts of interest in your

2   legal representation of your clients;

3   (b)     Malpractice prevention policies and practices;

4

5   (c)     Peer review of legal services performed by Gregory Lipsker; and

6   (d)     Legal training and continuing legal education.

7   RESPONSE:

8

9

10

11  INTERROGATORY NO. 7:  Identify all facts upon which you rely in support of

12  your Affirmative Defenses No. 2 and No. 3.

13  RESPONSE:

14

15

16

17

18

19  INTERROGATORY NO. 8:  Identify all facts upon which you rely in support of

20  your denial in paragraphs 8, 10, 11, 12, 14, 18, 21, and 22 of your Answer to Plaintiff's

21

22

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO WORKLAND & WITHERSPOON, PLLC - 7

Case No. CV-04-140-EFS

.68755.1

Dec of Macario Page 13
Exhibit A-1

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA  98101
(206) 223-7000

Complaint that "Defendants deny the existence of 'the Transaction' as characterized in the Complaint[.]"

RESPONSE:

INTERROGATORY NO. 9: In your own words, describe in detail the nature of the transaction described in plaintiff's complaint involving Albert Zlotnick on one hand, and Charles Band and his agents and companies on the other hand, including but not limited to a detailed description of the following:

      (a)     How the transaction was conceived, and by whom;

      (b)     An identification all entities involved in the transaction (including corporate entities), and a description of the involvement and role of each such entity in the transaction;

      (c)     The general framework and structure of the transaction;

      (d)     A chronological description of the actions taken to facilitate the transaction; and

      (e)     All due diligence efforts undertaken with respect to the transaction.

RESPONSE:

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO WORKLAND & WITHERSPOON, PLLC - 8
Case No. CV-04-140-EFS
8755.1

Dec of Macario Page 14
Exhibit A-1

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

**INTERROGATORY NO. 10**:  Identify all documents not produced or withheld in response to these discovery requests based upon claims of privilege or work product.

**RESPONSE**:

**INTERROGATORY NO. 11**:  Identify each person who worked on preparing these responses to plaintiff's first discovery requests.  Provide the name, address, telephone number, employer, and position for each such person.

**RESPONSE**:

## **REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 1**:  Produce the curriculum vitae of all experts identified in response to Interrogatory No. 2.

**RESPONSE**:

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO WORKLAND & WITHERSPOON, PLLC - 9
CV-04-140-EFS
68755.1

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

Dec of Macario Page 15
Exhibit A-1

1

2

3

4

<u>REQUEST FOR PRODUCTION NO. 2:</u>  Produce copies of all documents in

your possession, custody or control relating in any way to plaintiff Albert Zlotnick.

<u>RESPONSE:</u>

<u>REQUEST FOR PRODUCTION NO. 3:</u>  Produce copies of all documents in

your possession, custody or control relating in any way to all legal services, and all other

services of any kind, on any matter, that you have provided to plaintiff Albert Zlotnick,

or any agent, employee, or affiliated company of Mr. Zlotnick.

<u>RESPONSE:</u>

**PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO WORKLAND & WITHERSPOON, PLLC - 10**
CV-04-140-EFS
|68755.1

Dec of Macario Page 16
Exhibit A-1

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

**REQUEST FOR PRODUCTION NO. 4:** Produce copies of all documents in your possession, custody or control relating in any way to all legal services, and all other services of any kind, on any matter, that you have provided to Charles Band, iSurrender.com, Inc., Cimarron-Grandview, Inc., Full Moon Universe, Inc., Full Moon Universe, Inc., a Washington Corporation, or any agent, employee, or affiliated company of any of the individuals or entities named in this request.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 5:** Produce copies of all documents identified, consulted, and/or referred to in responding to Interrogatory No. 6.

**RESPONSE:**

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO WORKLAND & WITHERSPOON, PLLC - 11
Case No. CV-04-140-EFS

Dec of Macario Page 17
Exhibit A-1

1168755.1

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

1

**REQUEST FOR PRODUCTION NO. 6:**  Produce copies of all documents upon

2

which you rely in support of your Affirmative Defenses No. 2 and No. 3.

3

**RESPONSE:**

4

5

6

7

8

**REQUEST FOR PRODUCTION NO. 7:**  Produce copies of all documents

9

identified, consulted, relevant to, and/or referred to in responding to Interrogatory No. 8.

10

**RESPONSE:**

11

12

13

14

15

**REQUEST FOR PRODUCTION NO. 8:**  Produce copies of all documents

16

identified, consulted, relevant to, and/or referred to in responding to Interrogatory No. 9.

17

**RESPONSE:**

18

19

20

21

22

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO WORKLAND & WITHERSPOON, PLLC - 12

Case No. CV-04-140-EFS 168755.1

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

Dec of Macario Page 18
Exhibit A-1

**REQUEST FOR PRODUCTION NO. 9:** Produce all retainer letters associated with any and all legal services, and all other services of any kind, on any matter, that you have provided to plaintiff Albert Zlotnick, and/or any agent, employee, or affiliated company of Mr. Zlotnick.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 10:** Produce all retainer letters associated with any and all legal services, and all other services of any kind, on any matter, that you have provided to Charles Band, iSurrender.com, Inc., Cimarron-Grandview, Inc., Full Moon Universe, Inc., Full Moon Universe, Inc., a Washington Corporation, and/or any agent, employee, or affiliated company of any of the individuals or entities named in this request.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 11:** Produce all invoices generated by you for any and all legal services, and all other services of any kind, on any matter, that you

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO WORKLAND & WITHERSPOON, PLLC - 13
Case No. CV-04-140-EFS

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

Dec of Macario Page 19   1168755.1
Exhibit A-1

have provided to plaintiff Albert Zlotnick, and/or any agent, employee, or affiliated company of Mr. Zlotnick.

RESPONSE:

REQUEST FOR PRODUCTION NO. 12:  Produce all invoices generated by you for any and all legal services, and all other services of any kind, on any matter, that you have provided to Charles Band, iSurrender.com, Inc., Cimarron-Grandview, Inc., Full Moon Universe, Inc., Full Moon Universe, Inc., a Washington Corporation, and/or any agent, employee, or affiliated company of any of the individuals or entities named in this request.

RESPONSE:

REQUEST FOR PRODUCTION NO. 13:  Produce all documents relevant to and/or establishing the receipt of payment, and the source of payment, by you for any and all legal services, and all other services of any kind, on any matter, that you have

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO WORKLAND & WITHERSPOON, PLLC - 14
Case No. CV-04-140-EFS

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

Dec of Macario Page 20  1168755.1
Exhibit A-1

provided to plaintiff Albert Zlotnick, and/or any agent, employee, or affiliated company of Mr. Zlotnick.

RESPONSE:

REQUEST FOR PRODUCTION NO. 14: Produce all documents relevant to and/or establishing the receipt of payment, and the source of payment, by you for any and all legal services, and all other services of any kind, on any matter, that you have provided to Charles Band, iSurrender.com, Inc., Cimarron-Grandview, Inc., Full Moon Universe, Inc., Full Moon Universe, Inc., a Washington Corporation, and/or any agent, employee, or affiliated company of any of the individuals or entities named in this request.

RESPONSE:

REQUEST FOR PRODUCTION NO. 15: Produce all documents in your possession, custody, or control pertaining in any way to Cimarron-Grandview, Inc.,

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO WORKLAND & WITHERSPOON, PLLC - 15
Case No. CV-04-140-EFS
1168755.1

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

Dec of Macario Page 21
Exhibit A-1

1 including but not limited to all accounting records, check registers, trust account

2 information, corporate filings, bylaws, incorporation documents, annual reports,

3 minutes, correspondence, resolutions, amendments, and similar documents.

4 RESPONSE:

5

6

7

8 REQUEST FOR PRODUCTION NO. 16:  Produce all documents in your

9 possession, custody, or control pertaining in any way to iSurrender.com, Inc., including

10 but not limited to all accounting records, check registers, trust account information,

11 corporate filings, bylaws, incorporation documents, annual reports, minutes,

12 correspondence, resolutions, amendments, and similar documents.

13 RESPONSE:

14

15

16

17

18 REQUEST FOR PRODUCTION NO. 17:  Produce all documents in your

19 possession, custody, or control pertaining in any way to Full Moon Universe, Inc.,

20 including but not limited to all accounting records, check registers, trust account

21

22

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO WORKLAND & WITHERSPOON, PLLC - 16
Case No. CV-04-140-EFS
68755.1

Dec of Macario Page 22
Exhibit A-1

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

information, corporate filings, bylaws, incorporation documents, annual reports, minutes, correspondence, resolutions, amendments, and similar documents.

RESPONSE:

REQUEST FOR PRODUCTION NO. 18: Produce all documents in your possession, custody, or control pertaining in any way to Full Moon Universe, Inc., a Washington Corporation, including but not limited to all accounting records, check registers, trust account information, corporate filings, bylaws, incorporation documents, annual reports, minutes, correspondence, resolutions, amendments, and similar documents.

RESPONSE:

REQUEST FOR PRODUCTION NO. 19: Produce all documents reflecting communications between you and Charles Band, any of Charles Band's affiliated companies, employees, representatives, accountants, consultants, and/or legal counsel, at any time and for any matter.

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO WORKLAND & WITHERSPOON, PLLC - 17
CV-04-140-EFS

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA  98101
(206) 223-7000

Dec of Macario Page 23
Exhibit A-1

168755.1

1   <u>RESPONSE</u>:

2

3

4

5

6   <u>REQUEST FOR PRODUCTION NO. 20</u>:  Produce all documents generated by

7   you reflecting any communications, including but not limited to conflict disclosure

8   and/or waiver letters, between you and plaintiff Albert Zlotnick regarding any actual or

9   potential conflicts of interest arising out of the services identified in your response to

10  Interrogatory No. 4.

11  <u>RESPONSE</u>:

12

13

14

15

16

17  <u>REQUEST FOR PRODUCTION NO. 21</u>:  Produce all documents reflecting any

18  and all efforts you undertook to identify and disclose to Mr. Zlotnick the risks involved

19  in the transaction between Mr. Zlotnick and Charles Band and any of Charles Band's

20  affiliated companies, employees, representatives, accountants, consultants, and/or legal

21  counsel.

22

**PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO WORKLAND & WITHERSPOON, PLLC - 18**

Dec of Macario Page 24   · CV-04-140-EFS
Exhibit A-1        168755.1

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

RESPONSE:




**REQUEST FOR PRODUCTION NO. 22:** Produce all documents reflecting any and all efforts you undertook to perfect security interests in any and all of the collateral provided or offered to Mr. Zlotnick by Charles Band, any of Charles Band's affiliated companies, employees, representatives, accountants, consultants, and/or legal counsel.

RESPONSE:






**REQUEST FOR PRODUCTION NO. 23:** Produce all documents identifying and/or relevant to all current and former shareholders of Cimarron-Grandview, Inc., the amount of shares of stock held by each such shareholder at all times, and the dollar value of those shares.

RESPONSE:

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO WORKLAND & WITHERSPOON, PLLC - 19

Case No. CV-04-140-EFS

Dec of Macario Page 25  (168755.1)
Exhibit A-1

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

REQUEST FOR PRODUCTION NO. 24: Produce all documents identifying and/or relevant to all current and former shareholders of iSurrender.com, Inc., the amount of shares of stock held by each such shareholder at all times, and the dollar value of those shares.

RESPONSE:

REQUEST FOR PRODUCTION NO. 25: Produce all documents identifying and/or relevant to all current and former shareholders of Full Moon Universe, Inc., the amount of shares of stock held by each such shareholder at all times, and the dollar value of those shares.

RESPONSE:

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO WORKLAND & WITHERSPOON, PLLC - 20
Case No. CV-04-140-EFS    /1168755.1

Dec of Macario Page 2
Exhibit A-1

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

**REQUEST FOR PRODUCTION NO. 26:** Produce all documents identifying and/or relevant to all current and former shareholders of Full Moon Universe, Inc., a Washington Corporation, the amount of shares of stock held by each such shareholder at all times, and the dollar value of those shares.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 27:** Produce all documents in your possession, custody, or control which are in any way relevant to any of the allegations in plaintiff's complaint in this matter, and which have not already been produced pursuant to other discovery requests herein.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 28:** Please produce a privilege log identifying all documents not produced or withheld in response to these requests for

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO WORKLAND & WITHERSPOON, PLLC - 21
Case No. CV-04-140-EFS

168755.1

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

production based upon claims of privilege or work product, including but not limited to all documents identified in your response to Interrogatory No. 10.

RESPONSE:

**You are directed that you are required to timely supplement your answers and responses to the above Interrogatories and Requests for Production of Documents.**

DATED this 26 day of January, 2005.

LANE POWELL PC

By_____

James B. Stoetzer, WSBA No. 06298
Matthew J. Macario, WSBA No. 26522
Attorneys for Plaintiff
Albert M. Zlotnick

Suite 4100
1420 Fifth Avenue
Seattle, WA 98101
Telephone: (206) 223-7000
Facsimile: (206) 223-7107

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO WORKLAND & WITHERSPOON, PLLC - 22
Case No. CV-04-140-EFS    168755.1

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

Dec of Macario Page 28
Exhibit A-1

# <u>VERIFICATION</u>

Answers and responses dated this ___ day of _____, 2005.

By_____
James B. King, WSBA # _____
Attorneys for Defendants

STATE OF WASHINGTON                    )
                                       ) ss.
COUNTY OF _____)

_____, being first duly sworn on oath, deposes and says:

That she/he is the _____ [title] of defendant Workland & Witherspoon, PLLC in the foregoing action; that she/he has read the foregoing Answers to Interrogatories and Requests for Production, knows the contents thereof, and believes the same to be true, and has authority to sign the foregoing Answers to Interrogatories and Requests for Production on behalf of defendant Workland & Witherspoon, PLLC.

_____
[Name]
_____
[Title]

SUBSCRIBED AND SWORN to before me by _____ on this ___ day of _____, 2005.

_____

_____
*Print Name*
NOTARY PUBLIC in and for the State of Washington, residing at _____
My appointment expires:_____

**PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO WORKLAND & WITHERSPOON, PLLC - 23**
Case No. CV-04-140-EFS

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

Dec of Macario Page 29   1168755.1
Exhibit A-1