1  James B. Stoetzer, WSBA No. 06298        HONORABLE EDWARD F. SHEA
   Matthew J. Macario, WSBA No. 26522
2  LANE POWELL PC
   1420 Fifth Avenue, Suite 4100
3  Seattle, Washington 98101
   Telephone: (206) 223-7000
4  Facsimile: (206) 223-7107

5  Attorneys for Plaintiff

6

7

8            UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF WASHINGTON
9                    AT SPOKANE

10 ALBERT M. ZLOTNICK,                )
                                      )
11                   Plaintiff,       )    No. CV-04-140-EFS
                                      )
12      v.                            )    PLAINTIFF'S FIRST
                                      )    INTERROGATORIES AND
13 WORKLAND & WITHERSPOON,            )    REQUESTS FOR PRODUCTION
   PLLC, GREGORY LIPSKER and JANE     )    OF DOCUMENTS TO
14 DOE LIPSKER, and the marital       )    DEFENDANTS GREGORY
   community comprised thereof,       )    LIPSKER AND JANE DOE
15                                    )    LIPSKER
                     Defendants.      )
16 _____ )

17      Plaintiff Albert M. Zlotnick, by his attorneys, Lane Powell Spears Lubersky

18 LLP, pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, submit the

19 following Interrogatories to be responded to by defendants Gregory Lipsker and Jane

20 Doe Lipsker, under oath, and requests that defendants produce and allow Plaintiff's

21 counsel to inspect and photocopy the following described documents, within thirty

22 (30) days after service hereof. All documents or other material to be produced shall

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO LIPSKER DEFENDANTS - 1
Case No. CV-04-140-EFS

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

be produced to Lane Powell PC, 1420 Fifth Avenue, Suite 4100, Seattle, Washington 98101, unless otherwise agreed upon by counsel.

## INSTRUCTIONS AND DEFINITIONS

A. Whenever in the discovery requests there is a request to identify a person, please identify such person by setting forth his or her name and age, present residence address and telephone number, business address and telephone number, job title and description of such person's relationship to the subject matter of this lawsuit.

B. Whenever the term "person" is used herein, it means any natural person, corporation, association, general or limited partnership, joint venture, trust or any other organization with a separate identity.

C. These discovery requests are continuing in nature. If any information addressed by the discovery requests is not learned until after the discovery requests are answered, or for any reason any answer later becomes incorrect, pursuant to F.R.C.P. Rule 26(e) and applicable case law, the party answering these discovery requests shall supplement or change the answers previously submitted.

D. With respect to all documents which are not produced to Plaintiff for any reason, please provide a "Privilege Log" which identifies the document by setting forth the date of the document, the nature of the document (i.e., memorandum, letter, etc.), the author of the document, the name and title of each person to whom the documents (or a copy thereof) was sent or shown, the

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO LIPSKER DEFENDANTS - 2
Case No. CV-04-140-EFS

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

1 general subject matter of the document and the specific basis relied upon for not

2 producing the document (such as, by way of example only, "attorney-client"

3 privilege).

4 E.   The terms "document," "documents," or "documentation," as used in these

5 interrogatories and/or requests for production, have the same meaning here as in

6 FRCP 34, and includes writings of any kind and character pertaining to the

7 designated subject matter, including, without limitation, the original and copy,

8 regardless of origin or location, of any book, pamphlet, periodical, letter,

9 memorandum, diary, file, note, statement, bill, invoice, policy, telegram,

10 correspondence, e-mail, summary, receipt, opinion, investigation statement or

11 report, schedule, manual, financial statement, audit, tax return, draft, articles of

12 incorporation, bylaws, stock book, minute book, agreement, contract, deed,

13 security agreement, mortgage, deed of trust, title or other insurance policy,

14 report, record, study, handwritten note, typewritten note, map, drawing,

15 working paper, chart, paper, index, tape, microfilm, data sheet, data processing

16 card, or any other written, typed, printed, photocopied, dittoed, mimeographed,

17 multilithed, recorded, transcribed, punched, taped, filmed, photographic or

18 graphic matters, however produced, to which you may have or have had access.

19 If said document is no longer in your possession or subject to your control, state

20 what disposition is made of the same and where it is presently located.include

21 any written, graphic or printed matter and any matter recorded on any media

22 permitting reproduction (specifically including all data, text and images

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO LIPSKER DEFENDANTS - 3
Case No. CV-04-140-EFS

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

Dec of Macario Page 32  i8757.1
Exhibit A-2

maintained in any electronic format). Where documents are maintained both electronically and in hard copy format, both versions of the documents should be produced in the format in which they are maintained.

F. A request to produce documents is a request to produce all documents in the possession, custody or control of the party to whom the request is directed and that party's officers, employees and agents, including the party's past or present counsel, consultants, and accountants.

These discovery requests are continuing and require supplemental answers upon discovery of additional pertinent information. See FRCP 26(g).

## INTERROGATORIES

INTERROGATORY NO. 1: State your full name, date of birth and Social Security number. In the case of a partnership, corporation, or similar business entity, state the entity's legal name, names of all individual members, partners, and/or shareholders, date of creation, and organizational nature and structure.

RESPONSE:

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO LIPSKER DEFENDANTS - 4
Case No. CV-04-140-EFS

Dec of Macario Page 33   58757.1
Exhibit A-2

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

**INTERROGATORY NO. 2**:  Identify each person whom you expect to call as an expert witness at trial, along with the expert's address and telephone number, the subject matter on which the expert is expected to testify, the substance of the facts and opinions to which the expert is expected to testify, a summary of the grounds for each opinion, state such other information about the expert as may be discoverable under the Federal Rules of Civil Procedure, and identify any documents provided to, generated by or reviewed by the above experts in relation to your consultation with them in this matter.

RESPONSE:

**INTERROGATORY NO. 3**:  Identify all documents in your possession, custody or control relating in any way to plaintiff Albert Zlotnick.

RESPONSE:

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO LIPSKER DEFENDANTS - 5
Case No. CV-04-140-EFS

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

Dec of Macario Page 34     68757.1
Exhibit A-2

**INTERROGATORY NO. 4**:  Identify all legal services, and all other services of any kind, on any matter, that you have provided to plaintiff Albert Zlotnick, or any agent, employee, or affiliated company of Mr. Zlotnick.

RESPONSE:

**INTERROGATORY NO. 5**:  Identify all legal services, and all other services of any kind, on any matter, that you have provided to Charles Band, iSurrender.com, Inc., Cimarron-Grandview, Inc., Full Moon Universe, Inc., Full Moon Universe, Inc., a Washington Corporation, or any agent, employee, or affiliated company of any of the individuals or entities named in this interrogatory.

RESPONSE:

**INTERROGATORY NO. 6**:  Identify and describe in detail the procedures, if any, that were in place at Workland & Witherspoon, PLLC from January 1, 1999 through December 31, 2001 regarding all of the following:

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO LIPSKER DEFENDANTS - 6

CV-04-140-EFS
58757.1

Dec of Macario Page 35
Exhibit A-2

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

(a)     Identifying and disclosing actual or potential conflicts of interest in your legal representation of your clients;

(b)     Malpractice prevention policies and practices;

(c)     Peer review of legal services performed by Gregory Lipsker; and

(d)     Legal training and continuing legal education.

RESPONSE:




INTERROGATORY NO. 7: Identify all facts upon which you rely in support of your Affirmative Defenses No. 2 and No. 3.

RESPONSE:




INTERROGATORY NO. 8: Identify all facts upon which you rely in support of your denial in paragraphs 8, 10, 11, 12, 14, 18, 21, and 22 of your Answer to Plaintiff's

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO LIPSKER DEFENDANTS - 7
Case No. CV-04-140-EFS

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

Dec of Macario Page 36   .168757.1
Exhibit A-2

1 Complaint that "Defendants deny the existence of 'the Transaction' as characterized in

2 the Complaint[.]"

3 RESPONSE:

4

5

6

7

8 INTERROGATORY NO. 9: In your own words, describe in detail the nature of

9 the transaction described in plaintiff's complaint involving Albert Zlotnick on one hand,

10 and Charles Band and his agents and companies on the other hand, including but not

11 limited to a detailed description of the following:

12 (a) How the transaction was conceived, and by whom;

13

14 (b) An identification all entities involved in the transaction (including

15 corporate entities), and a description of the involvement and role of each such entity in

16 the transaction;

17 (c) The general framework and structure of the transaction;

18 (d) A chronological description of the actions taken to facilitate the transaction;

19 and

20

21 (e) All due diligence efforts undertaken with respect to the transaction.

22 RESPONSE:

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO LIPSKER DEFENDANTS - 8

Case No. CV-04-140-EFS

168757.1

Dec of Macario Page 37
Exhibit A-2

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

INTERROGATORY NO. 10: Identify all documents not produced or withheld in response to these discovery requests based upon claims of privilege or work product.

RESPONSE:

INTERROGATORY NO. 11: Identify each person who worked on preparing these responses to plaintiff's first discovery requests. Provide the name, address, telephone number, employer, and position for each such person.

RESPONSE:

**REQUESTS FOR PRODUCTION**

REQUEST FOR PRODUCTION NO. 1: Produce the curriculum vitae of all experts identified in response to Interrogatory No. 2.

RESPONSE:

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO LIPSKER DEFENDANTS - 9
Case No. CV-04-140-EFS

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

1

2

3

4

**REQUEST FOR PRODUCTION NO. 2:** Produce copies of all documents in your possession, custody or control relating in any way to plaintiff Albert Zlotnick.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 3:** Produce copies of all documents in your possession, custody or control relating in any way to all legal services, and all other services of any kind, on any matter, that you have provided to plaintiff Albert Zlotnick, or any agent, employee, or affiliated company of Mr. Zlotnick.

**RESPONSE:**

**PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO LIPSKER DEFENDANTS - 10**
Case No. CV-04-140-EFS

Dec of Macario Page 39     168757.1
Exhibit A-2

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

1   **REQUEST FOR PRODUCTION NO. 4:**  Produce copies of all documents in

2   your possession, custody or control relating in any way to all legal services, and all other

3   services of any kind, on any matter, that you have provided to Charles Band,

4   iSurrender.com, Inc., Cimarron-Grandview, Inc., Full Moon Universe, Inc., Full Moon

5   Universe, Inc., a Washington Corporation, or any agent, employee, or affiliated

6   company of any of the individuals or entities named in this request.

7   

8       **RESPONSE:**

9

10

11

12

13

14      **REQUEST FOR PRODUCTION NO. 5:**  Produce copies of all documents

15   identified, consulted, and/or referred to in responding to Interrogatory No. 6.

16      **RESPONSE:**

17

18

19

20

21

22

168757.1

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

**REQUEST FOR PRODUCTION NO. 6:** Produce copies of all documents upon which you rely in support of your Affirmative Defenses No. 2 and No. 3.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 7:** Produce copies of all documents identified, consulted, relevant to, and/or referred to in responding to Interrogatory No. 8.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 8:** Produce copies of all documents identified, consulted, relevant to, and/or referred to in responding to Interrogatory No. 9.

RESPONSE:

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO LIPSKER DEFENDANTS - 12
Case No. CV-04-140-EFS

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

Dec of Macario Page 41
Exhibit A-2
1168757.1

**REQUEST FOR PRODUCTION NO. 9:** Produce all retainer letters associated with any and all legal services, and all other services of any kind, on any matter, that you have provided to plaintiff Albert Zlotnick, and/or any agent, employee, or affiliated company of Mr. Zlotnick.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 10:** Produce all retainer letters associated with any and all legal services, and all other services of any kind, on any matter, that you have provided to Charles Band, iSurrender.com, Inc., Cimarron-Grandview, Inc., Full Moon Universe, Inc., Full Moon Universe, Inc., a Washington Corporation, and/or any agent, employee, or affiliated company of any of the individuals or entities named in this request.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 11:** Produce all invoices generated by you for any and all legal services, and all other services of any kind, on any matter, that you

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO LIPSKER DEFENDANTS - 13

CV-04-140-EFS

168757.1

Dec of Macario Page 42
Exhibit A-2

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

have provided to plaintiff Albert Zlotnick, and/or any agent, employee, or affiliated company of Mr. Zlotnick.

RESPONSE:

REQUEST FOR PRODUCTION NO. 12: Produce all invoices generated by you for any and all legal services, and all other services of any kind, on any matter, that you have provided to Charles Band, iSurrender.com, Inc., Cimarron-Grandview, Inc., Full Moon Universe, Inc., Full Moon Universe, Inc., a Washington Corporation, and/or any agent, employee, or affiliated company of any of the individuals or entities named in this request.

RESPONSE:

REQUEST FOR PRODUCTION NO. 13: Produce all documents relevant to and/or establishing the receipt of payment, and the source of payment, by you for any and all legal services, and all other services of any kind, on any matter, that you have

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO LIPSKER DEFENDANTS - 14
Case No. CV-04-140-EFS

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

Dec of Macario Page 43
Exhibit A-2

1168757.1

provided to plaintiff Albert Zlotnick, and/or any agent, employee, or affiliated company of Mr. Zlotnick.

RESPONSE:

REQUEST FOR PRODUCTION NO. 14: Produce all documents relevant to and/or establishing the receipt of payment, and the source of payment, by you for any and all legal services, and all other services of any kind, on any matter, that you have provided to Charles Band, iSurrender.com, Inc., Cimarron-Grandview, Inc., Full Moon Universe, Inc., Full Moon Universe, Inc., a Washington Corporation, and/or any agent, employee, or affiliated company of any of the individuals or entities named in this request.

RESPONSE:

REQUEST FOR PRODUCTION NO. 15: Produce all documents in your possession, custody, or control pertaining in any way to Cimarron-Grandview, Inc.,

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO LIPSKER DEFENDANTS - 15
Case No. CV-04-140-EFS

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

Dec of Macario Page 44  168757.1
Exhibit A-2

including but not limited to all accounting records, check registers, trust account information, corporate filings, bylaws, incorporation documents, annual reports, minutes, correspondence, resolutions, amendments, and similar documents.

RESPONSE:

REQUEST FOR PRODUCTION NO. 16: Produce all documents in your possession, custody, or control pertaining in any way to iSurrender.com, Inc., including but not limited to all accounting records, check registers, trust account information, corporate filings, bylaws, incorporation documents, annual reports, minutes, correspondence, resolutions, amendments, and similar documents.

RESPONSE:

REQUEST FOR PRODUCTION NO. 17: Produce all documents in your possession, custody, or control pertaining in any way to Full Moon Universe, Inc., including but not limited to all accounting records, check registers, trust account

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO LIPSKER DEFENDANTS - 16
Case No. CV-04-140-EFS
68757.1

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

Dec of Macario Page 45
Exhibit A-2

information, corporate filings, bylaws, incorporation documents, annual reports, minutes, correspondence, resolutions, amendments, and similar documents.

RESPONSE:

REQUEST FOR PRODUCTION NO. 18:  Produce all documents in your possession, custody, or control pertaining in any way to Full Moon Universe, Inc., a Washington Corporation, including but not limited to all accounting records, check registers, trust account information, corporate filings, bylaws, incorporation documents, annual reports, minutes, correspondence, resolutions, amendments, and similar documents.

RESPONSE:

REQUEST FOR PRODUCTION NO. 19:  Produce all documents reflecting communications between you and Charles Band, any of Charles Band's affiliated companies, employees, representatives, accountants, consultants, and/or legal counsel, at any time and for any matter.

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO LIPSKER DEFENDANTS - 17
C... N.. CV-04-140-EFS
168757.1

Dec of Macario Page 46
Exhibit A-2

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA  98101
(206) 223-7000

RESPONSE:

REQUEST FOR PRODUCTION NO. 20:  Produce all documents generated by you reflecting any communications, including but not limited to conflict disclosure and/or waiver letters, between you and plaintiff Albert Zlotnick regarding any actual or potential conflicts of interest arising out of the services identified in your response to Interrogatory No. 4.

RESPONSE:

REQUEST FOR PRODUCTION NO. 21:  Produce all documents reflecting any and all efforts you undertook to identify and disclose to Mr. Zlotnick the risks involved in the transaction between Mr. Zlotnick and Charles Band and any of Charles Band's affiliated companies, employees, representatives, accountants, consultants, and/or legal counsel.

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO LIPSKER DEFENDANTS - 18
Case No. CV-04-140-EFS

Dec of Macario Page 47    168757.1
Exhibit A-2

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

1 <u>RESPONSE</u>:

2

3

4

5

6 <u>REQUEST FOR PRODUCTION NO. 22</u>:  Produce all documents reflecting any

7 and all efforts you undertook to perfect security interests in any and all of the collateral

8 provided or offered to Mr. Zlotnick by Charles Band, any of Charles Band's affiliated

9 companies, employees, representatives, accountants, consultants, and/or legal counsel.

10 <u>RESPONSE</u>:

11

12

13

14

15

16

17 <u>REQUEST FOR PRODUCTION NO. 23</u>:  Produce all documents identifying

18 and/or relevant to all current and former shareholders of Cimarron-Grandview, Inc., the

19 amount of shares of stock held by each such shareholder at all times, and the dollar value

20 of those shares.

21 <u>RESPONSE</u>:

22

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO LIPSKER DEFENDANTS - 19
Case No. CV-04-140-EFS
.68757.1

Dec of Macario Page 48
Exhibit A-2

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA  98101
(206) 223-7000

1

2

3

4

5

6 <u>REQUEST FOR PRODUCTION NO. 24:</u>  Produce all documents identifying

7 and/or relevant to all current and former shareholders of iSurrender.com, Inc., the

8 amount of shares of stock held by each such shareholder at all times, and the dollar value

9 of those shares.

10 RESPONSE:

11

12

13

14

15

16

17 <u>REQUEST FOR PRODUCTION NO. 25:</u>  Produce all documents identifying

18 and/or relevant to all current and former shareholders of Full Moon Universe, Inc., the

19 amount of shares of stock held by each such shareholder at all times, and the dollar value

20 of those shares.

21 RESPONSE:

22

**PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO LIPSKER DEFENDANTS - 20**
Case No. CV-04-140-EFS
.68757.1

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

**REQUEST FOR PRODUCTION NO. 26:** Produce all documents identifying and/or relevant to all current and former shareholders of Full Moon Universe, Inc., a Washington Corporation, the amount of shares of stock held by each such shareholder at all times, and the dollar value of those shares.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 27:** Produce all documents in your possession, custody, or control which are in any way relevant to any of the allegations in plaintiff's complaint in this matter, and which have not already been produced pursuant to other discovery requests herein.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 28:** Please produce a privilege log identifying all documents not produced or withheld in response to these requests for

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO LIPSKER DEFENDANTS - 21
Case No. CV-04-140-EFS

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

Dec of Macario Page 50    1168757.1
Exhibit A-2

production based upon claims of privilege or work product, including but not limited to all documents identified in your response to Interrogatory No. 10.

RESPONSE:

**You are directed that you are required to timely supplement your answers and responses to the above Interrogatories and Requests for Production of Documents.**

DATED this _26_ day of January, 2005.

LANE POWELL PC

By _____
James B. Stoetzer, WSBA No. 06298
Matthew J. Macario, WSBA No. 26522
Attorneys for Plaintiff
Albert M. Zlotnick

Suite 4100
1420 Fifth Avenue
Seattle, WA 98101
Telephone: (206) 223-7000
Facsimile: (206) 223-7107

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO LIPSKER DEFENDANTS - 22
Case No. CV-04-140-EFS

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

.68757.1

Dec of Macario Page 51
Exhibit A-2

## <u>VERIFICATION</u>

Answers and responses dated this ___ day of _____, 2005.

By_____
James B. King, WSBA #_____
Attorneys for Defendants

STATE OF WASHINGTON      )
                                                   ) ss.
COUNTY OF _____)

_____, being first duly sworn on oath, deposes and says:

That she/he is the defendant named in the foregoing action; that she/he has read the foregoing Answers to Interrogatories and Requests for Production, knows the contents thereof, and believes the same to be true.

_____
[name]

SUBSCRIBED AND SWORN to before me by _____ on this ___ day of _____, 2005.

_____

_____
*Print Name*
NOTARY PUBLIC in and for the State of Washington, residing at _____
My appointment expires:_____

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

Dec of Macario Page 52   1168757.1
Exhibit A-2