# LANE POWELL PC

James B. Stoetzer
206-223-7019
stoetzerj@lanepowell.com

February 16, 2005

Law Offices

Suite 4100
1420 Fifth Avenue
Seattle, WA
98101

(206) 223-7000

Facsimile:
(206) 223-7107

www.lanepowell.com

**VIA FACSIMILE AND U.S. MAIL**

James B. King, Esq.
Keefe King & Bowman, PS
601 West Main, Suite 1102
Spokane, WA 99201-0625

Re: Zlotnick v. Lipsker/Workland & Witherspoon, et al.
Case No. CV 04140 EFS

Dear Mr. King:

We understand that you and your firm have substituted as defense counsel in this case. We have tried several times to reach you by telephone to discuss this case and work out a discovery schedule. We understand that you have been in trial. We write today to again request that you give us a call no later than Friday so that we can discuss this case. We previously served discovery requests upon you and your clients. Responses are due next week. We also proposed a 30(b)(6) deposition for Tuesday, March 1. This was simply a proposed date subject to mutual convenience. Could you please give us a call.

Very truly yours,

LANE POWELL PC

James B. Stoetzer

JBS:af
cc: Albert M. Zlotnick
David Zlotnick
119488.0001/1176155.1

Anchorage, AK
Olympia, WA
Portland, OR
Seattle, WA
London, England