# LANE
# POWELL
# SPEARS
# LUBERSKY
### LLP

James B. Stoetzer
206-223-7019
stoetzerj@lanepowell.com

March 10, 2005

**VIA FACSIMILE AND U.S. MAIL**

Law Offices

A Limited
Liability
Partnership
Including
Professional
Corporations

1420 Fifth Ave.
Suite 4100
Seattle, WA
98101-2338

206.223.7000

Facsimile:
206.223.7107

Website:
www.lanepowell.com

James B. King, Esq.
Keefe King & Bowman, PS
601 West Main, Suite 1102
Spokane, WA 99201-0625

Re: **Zlotnick v. Lipsker/Workland & Witherspoon, et al.
Case No. CV 04140 EFS**

Dear Mr. King:

We write again to request that you please return my telephone calls. We understand from your staff that you are in trial. However, we have been trying to reach you for months to discuss this case and most recently to agree upon a schedule consistent with your client's recent illness. It is very difficult to proceed with a case when our telephone calls are not returned. I am sure your secretary has advised you how frequently we have called and each time she promised that you would call us no later than Friday. We again request that you call on Friday so that we can meet and confer regarding a mutually acceptable schedule going forward.

In addition to discussing a general schedule, we need to discuss the pending 30(b)(6) deposition previously noted for March 1. I also want to discuss the third party discovery previously agreed to by predecessor counsel. I am thinking such discovery can proceed independent of Greg's situation regarding which we send our best wishes and hopes for a speed recovery.

Very truly yours,

LANE POWELL PC

James B. Stoetzer

JBS:ss
Cc: Albert Zlotnick
 David Zlotnick, Esq.
 Matt Macario
119488.0001/1181963.1

Anchorage, AK
Olympia, WA
Portland, OR
Seattle, WA
Vancouver, WA

Dec of Macario Page 54
Exhibit C