# LANE POWELL PC

Matthew J. Macario
206-223-7744
macariom@lanepowell.com

March 23, 2005

**VIA FACSIMILE/MAIL**

Law Offices

Suite 4100
1420 Fifth Avenue
Seattle, WA
98101

(206) 223-7000

Facsimile:
(206) 223-7107

www.lanepowell.com

James B. King, Esq.
Keefe King & Bowman, PS
601 West Main, Suite 1102
Spokane, WA 99201-0625

Re: **Zlotnick v. Workland & Witherspoon, et al.**
    **Our File No. 119,488.0001**

Dear Jim:

As you may know, your assistant contacted me yesterday morning to advise that she was striking the hearing you scheduled on defendants' motion to continue, because you were in trial and unreachable. I have attempted to reach you on multiple occasions without success to discuss your motion and other issues. Now, it seems that another two weeks will pass before the new hearing date.

As I expressed to you during our last telephone conversation, the delays are very frustrating, and continued delays are not acceptable to the plaintiff. We must proceed with discovery on this case. While we are sensitive to the challenges posed by Mr. Lipsker's illness, and your trial schedule, we are aware of no reason why the discovery of the law firm defendant, Workland & Witherspoon, cannot proceed at this time. We served you with written discovery to Mr. Lipsker and Workland & Witherspoon in January, and answers to that discovery are now almost one month overdue. Please contact me before Monday, March 28, 2005 to discuss this overdue discovery. If we do not hear from you before that date, we will have no choice but to move to compel.

Very truly yours,

LANE POWELL PC

Matthew J. Macario

Anchorage, AK
Olympia, WA
Portland, OR
Seattle, WA
London, England

MJM:mjm
cc: Mr. Albert M. Zlotnick
    James B. Stoetzer, Esq.
119488.0001/1185103.1

James B. King, Esq.
March 23, 2005
Page 2

bcc: David B. Zlotnick, Esq.

119488.0001/1185103.1

# LANE POWELL PC

FACSIMILE COVER PAGE

**Date:** March 23, 2005
**Time:**

**Client Number:** 119444.1
**Operator:**

2005 MAR 23 PM 4 19

Please deliver the following pages to:

**Name:** James B. King, Esq.
**Firm/Company:** Keefe King & Bowman PS
**Facsimile No:** (509) 623-1380

**From:** Matthew J. Macario

**Re:** Zlotnick v. Workland & Witherspoon, et al.

If you do not receive the total number of pages ( 2 ), please call (206) 223-6127

Original Document to be sent: _X_ Yes ___ No

---

*The information in this message is intended only for the addressee's authorized agent. The message may contain information that is privileged, confidential, or otherwise exempt from disclosure. If the reader of this message is not intended recipient or recipient's authorized agent, then you are notified that any dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please notify the sender by telephone and return the original and any copies of the message by mail to the sender at the address stated above.*

**Comments:**

Please see attached letter.

Suite 4100, 1420 Fifth Avenue, Seattle, WA 98101
Tel: (206) 223-7000 ♦ Fax: (206) 223-7107
Anchorage Olympia Portland Seattle London

Dec of Macario Page 57
Exhibit D

```
        *********************
        ***   TX REPORT   ***
        *********************

TRANSMISSION OK

TX/RX NO              1227
CONNECTION TEL        44#0001#15096231380#
SUBADDRESS
CONNECTION ID
ST. TIME              03/23 16:16
USAGE T               00'27
PGS. SENT             2
RESULT                OK
```

# LANE POWELL PC

### FACSIMILE COVER PAGE

**Date:** March 23, 2005  
**Time:**

**Client Number:** 119444.1  
**Operator:**

Please deliver the following pages to:

**Name:** James B. King, Esq.  
**Firm/Company:** Keefe King & Bowman PS  
**Facsimile No:** (509) 623-1380

**From:** Matthew J. Macario

**Re:** Zlotnick v. Workland & Witherspoon, et al.

If you do not receive the total number of pages ( 2 ), please call (206) 223-6127

Original Document to be sent:   X  Yes   ___ No

*The information in this message is intended only for the addressee's authorized agent. The message may contain information that is privileged, confidential, or otherwise exempt from disclosure. If the reader of this message is not intended recipient or recipient's authorized agent, then you are notified that any dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please notify the sender by telephone and return the original and any copies of the message by mail to the sender at the address stated above.*

**Comments:**

Please see attached letter.