

**LANE POWELL**
ATTORNEYS & COUNSELORS

MATTHEW J. MACARIO
206-223-7744
MACARIOM@LANEPOWELL.COM

April 20, 2005

James B. King, Esq.
Keefe King & Bowman, PS
601 West Main, Suite 1102
Spokane, WA 99201-0625

VIA FACSIMILE

Subject: Zlotnick v. Workland & Witherspoon, et al.

Dear Mr. King:

Plaintiff served your clients with written discovery requests on January 26, 2005. Your responses were due in late February and you never requested an extension from the plaintiff. It is now almost three months after the discovery was served and we still do not have your clients' responses. During our telephonic Rule 37 conference on March 30, 2005, you promised to provide your clients' responses prior to the hearing on your motion to continue the trial date, which occurred on April 5, 2005. I sent you a letter confirming that agreement on April 1, 2005. We did not receive the discovery as promised by the April 5 deadline. On that same day, you left me a voice mail message inquiring about a privilege issue, and I returned your call but I have not heard from you since. Earlier this week, I attempted to contact you again via telephone to discuss your clients' continuing delays in this matter but I have not received the courtesy of a return call from you. Accordingly, please be advised that the plaintiff will file a motion to compel with the court on this Friday, April 22, 2005, if we do not receive the discovery responses by close of business tomorrow, April 23. If a motion to compel is required, we will aggressively seek recovery of our costs as provided by Rule 37.

Very truly yours,

Matthew J. Macario

MJM:mjm
cc: Al Zlotnick
James B. Stoetzer
Brian Meenaghan
119488.0001/1193435.1

Dec of Macario Page 61
Exhibit F

WWW.LANEPOWELL.COM

A PROFESSIONAL CORPORATION
1420 5TH AVENUE, SUITE 4100
SEATTLE, WASHINGTON
98101-2338

LAW OFFICES
ANCHORAGE, AK . OLYMPIA, WA
PORTLAND, OR . SEATTLE, WA
LONDON, ENGLAND



## FACSIMILE COVER PAGE

| | | | |
|---|---|---|---|
| DATE | April 20, 2005 | CLIENT NUMBER | 1193435.1 |
| TIME | | OPERATOR | |

TO    James B. King, Esq.
Keefe King & Bowman PS
(509) 623-1380

FROM    Matthew J. Macario

SUBJECT    Zlotnick v. Workland & Witherspoon, et al.

Original Document to be sent:    ___ Yes    _X_ No

If you do not receive the total number of pages (_2_), please call _(206) 223-6127_

H.D.

**COMMENTS**

Please see attached.

2005 APR 20 PM 4 29

WWW.LANEPOWELL.COM
T. 206.223.7000
F. 206.223.7107

A PROFESSIONAL CORPORATION
1420 5TH AVENUE, SUITE 4100
SEATTLE, WASHINGTON
98101-2338

LAW OFFICES
ANCHORAGE, AK . OLYMPIA, WA
PORTLAND, OR . SEATTLE, WA
LONDON, ENGLAND

The information in this message is intended only for the addressee's authorized agent. The message may contain information that is privileged, confidential or otherwise exempt from disclosure. If the reader of this message is not intended recipient or recipient's authorized [agent, be notified] that any dissemination, distribution or copying of this message is prohibited. If you have received this message [in error, please notify the] sender by telephone and return the original and any copies of the message by mail to the sender at the address [above.]

Dec of Macario Page 62
Exhibit F

```
*********************
***   TX REPORT    ***
*********************

TRANSMISSION OK

TX/RX NO              0820
CONNECTION TEL        93435#1#15096231380#
SUBADDRESS
CONNECTION ID
ST. TIME              04/20 16:21
USAGE T               00'30
PGS. SENT             2
RESULT                OK
```


**LANE POWELL**
ATTORNEYS & COUNSELORS

# FACSIMILE COVER PAGE

| | | | |
|---|---|---|---|
| **DATE** | April 20, 2005 | **CLIENT NUMBER** | 1193435.1 |
| **TIME** | | **OPERATOR** | |

**TO**      James B. King, Esq.
            Keefe King & Bowman PS
            (509) 623-1380

**FROM**    Matthew J. Macario

**SUBJECT** Zlotnick v. Workland & Witherspoon, et al.

Original Document to be sent:     __ Yes     _X_ No

If you do not receive the total number of pages (_2_), please call _(206) 223-6127_

---

**COMMENTS**

Please see attached.

Dec of Macario Page 63
Exhibit F