JAMES B. KING
KEEFE, KING & BOWMAN, P.S.
Attorneys at Law
W. 601 Main, Suite 1102
Spokane, WA 99201
(509) 624-8988

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALBERT M. ZLOTNICK,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br><br>GREGORY LIPSKER and JANE DOE LIPSKER, and the marital community comprised thereof,<br><br>　　　　　Defendants. | No. CV-04-140-EFS<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |

THIS MATTER came on for hearing before the above-entitled Court on the day and date last written below. In consideration of the stipulation of the parties, the Court orders that all claims by and between the plaintiff and the defendants Gregory Lipsker and Jane Doe Lipsker,

ORDER OF DISMISSAL - 2

and the marital community comprised thereof, be and the same are hereby dismissed with prejudice and without costs.

DONE IN OPEN COURT this ~~23~~ 27th day of January, 2006.

s/ Edward F. Shea
JUDGE/~~COURT COMMISSIONER~~

Presented by:

**KEEFE, KING & BOWMAN, P.S.**

By: _/s/ James B. King_
James B. King, WSBA #8723
Attorneys for Defendants

COPY RECEIVED, APPROVED AS TO FORM AND NOTICE OF PRESENTMENT WAIVED:

**LANE POWELL PC**

By: _/s/ Matt Sh___
James Stoetzer, WSBA #____
Matthew J. Macario, WSBA #26522
Attorneys for Plaintiff

ORDER OF DISMISSAL - 3